On motion to dismiss.    Decided March 15, 1910.

## STATE v. DOUGLAS.

[107 Pac. 957.]

CRIMINAL LAW—TIME FOR FILING TRANSCRIPT—DISMISSAL OF APPEAL.
    Where a transcript of the case on appeal is not filed within the time allowed by law, or any extension thereof granted, the appeal will be dismissed, since such filing is jurisdictional.

From Multnomah: ROBERT G. MORROW, Judge.

The defendant, W. E. Douglas, was tried and convicted of a crime, and from the judgment and sentence following such conviction, he appeals. The State files in this court a motion to dismiss the appeal.  Motion allowed.

APPEAL DISMISSED.

*Mr. George J. Cameron,* District Attorney, for the motion.

*Mr. T. J. Cleeton, Mr. Grant B. Dimick* and *Mr. M. Morehead, contra.*

Opinion PER CURIAM.

The transcript in this case was not filed within the time allowed by law, or any extension thereof.  Such filing of the transcript is jurisdictional, and on the authority of *Davidson* v. *Columbia Timber Co.,* 49 Or. 577 (91 Pac. 441) the appeal is dismissed. .            DISMISSED.